JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| ARNOLD KLEIN, M.D.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALASTAIR CARRUTHERS, M.D.,<br><br>　　　　Defendant. | CASE NO. SACV07-810 CJC (RNBx)<br><br>Assigned to Hon. Cormac J. Carney<br><br>**ORDER DISMISSING THIS ACTION WITHOUT PREJUDICE AND WITHOUT COSTS** |

**ORDER**

Good cause appearing, the foregoing Stipulation is Approved.

**IT IS ORDERED THAT:**

The above-captioned action is dismissed without prejudice. Each party shall bear their own costs and fees associated with this lawsuit.

DATED: March 17, 2008

_____
Hon. Cormac J. Carney
United States District Court Judge

2

OC\942795.1